United States Court of Appeals

FOR THE EIGHTH CIRCUIT

_____

No. 96-3242

_____

D'Elegance Sutherlin,                     *
                                          *
                Appellant,                *
                                          *    Appeal from the United States
        v.                                *    District Court for the
                                          *    District of Minnesota.
Frank W. Wood; Dennis L. Benson;          *
Linda Harder,                             *       [UNPUBLISHED]
                                          *
                Appellees.                *

_____

Submitted: June 30, 1997
Filed: July 28, 1997

_____

Before HANSEN, MORRIS SHEPPARD ARNOLD, and MURPHY, Circuit Judges.

_____

PER CURIAM.


        D'Elegance Sutherlin, a Minnesota inmate, appeals from the district court's[1] order
granting defendants' motion for summary judgment in this 42 U.S.C. § 1983 action.
Having carefully reviewed the record and the parties' submissions, we conclude that

_____

        [1]The Honorable David S. Doty, United States District Judge for the District of
Minnesota, adopting the report and recommendation of the Honorable Jonathan G.
Lebedoff, United States Magistrate Judge for the District of Minnesota.

summary judgment was proper and that an extended discussion is not necessary. Accordingly, we affirm the judgment of the district court.  <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U. S. COURT OF APPEALS, EIGHTH CIRCUIT.